# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

137095

JOYCE FORRO,
          Plaintiff-Appellant,

v

MICHIGAN STATE UNIVERSITY,
          Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137095
COA: 283993
WCAC: 07-000159

_____/

      On order of the Court, the application for leave to appeal the July 7, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

                   Clerk

1020